## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | | |
|---|---|---|
| **EDWARD ETTINGER, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 5:11cv00033** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | **By:  Michael F. Urbanski** |
| **Commissioner of Social Security,** | ) | **United States District Judge** |
| | ) | |
| **Defendant.** | ) | |

### ORDER

This matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition.  The Magistrate Judge filed a report and recommendation on December 1, 2011 recommending that plaintiff's motion for summary judgment be denied, the Commissioner's motion for summary judgment be granted and the Commissioner's final decision be affirmed. Plaintiff has filed objections to the report and recommendation.  Having considered the objections, and upon review of the record, the court is of the opinion that the report should be adopted in its entirety.  It is accordingly **ORDERED** and **ADJUDGED** that plaintiff's motion for summary judgment (Docket #13) be **DENIED**, that the Commissioner's motion for summary judgment (Docket #17) be **GRANTED**, that the Commissioner's final decision be **AFFIRMED**, and that this matter be **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered:  March 29, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge